**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLA-TENCOR CORPORATION,

     Plaintiff,                  No. C 05-03116 JSW

     v.

NANOMETRICS INC.,              **ORDER SETTING BRIEFING SCHEDULE**

     Defendant.

                                        /

     This matter is currently set for hearing on December 23, 2006, on Defendant's motion for a more definite statement. The Court HEREBY ORDERS that the Plaintiff's opposition brief shall be due on October 11, 2005, and Defendant's reply, if any, shall be due on October 18, 2005.

     If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated: September 26, 2005

                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE