| | |
|---|---|
| 1 | Michael H. Kalkstein (SBN 41417) |
|   | michael.kalkstein@dechert.com |
| 2 | Ben Bedi (SBN 172591) |
|   | ben.bedi@dechert.com |
| 3 | Michael N. Edelman (SBN 180948) |
|   | michael.edelman@dechert.com |
| 4 | Daniel T. McCloskey (SBN 191944) |
|   | daniel.mccloskey@dechert.com |
| 5 | DECHERT LLP |
|   | 1117 California Avenue |
| 6 | Palo Alto, CA 94304-1106 |
|   | Telephone:    650.813.4800 |
| 7 | Facsimile:    650.813.4848 |
| 8 | Attorneys for Plaintiff, |
|   | KLA-TENCOR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KLA-TENCOR CORPORATION, a Delaware Corporation, | ) | Case No. C 05-03116 JSW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| NANOMETRICS INCORPORATED, a California Corporation, | ) | |
| Defendant. | ) | |

WHEREAS, a Case Management Conference is currently scheduled for November 4, 2005, at 1:30 p.m., in Courtroom 2 of the above-entitled court;

WHEREAS, lead counsel for the Plaintiff is scheduled to be traveling to New York City on the date currently scheduled for the Case Management Conference; and

WHEREAS, the parties are seeking this modification to the schedule within the time established by this Court in its Order Setting Case Management Conference And Requiring Joint Case Management Conference Questionnaire;

NOW, THEREFORE, based on the foregoing the parties do hereby stipulate, by and through their counsel of record, to move the Case Management Conference from November 4,

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT          10238448.1.LITIGATION 10/12/2005 5:03 PM
CONFERENCE: CASE NO. C 05-03116 JSW

1  2005 to November 18, 2005.
2  SO AGREED.
3  Dated: October 20, 2005          DECHERT LLP
4
5                                   By: _____
                                        Michael Edelman
6                                       Attorneys for Plaintiff
                                        KLA-Tencor Corporation.
7
8  Dated: October 19, 2005          SIDLEY AUSTIN BROWN & WOOD LLP
9
                                    By: _____
10                                      Edward Anderson
                                        Attorneys for Defendant
11                                      Nanometrics, Inc.

12 IT IS SO ORDERED.
13
14 Dated: October 24, 2005
                                    _____
15                                  HON. JUDGE JEFFREY S. WHITE
16
17
18
19
20
21
22
23
24
25
26
27
28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT          2
CONFERENCE; CASE NO. C 05-03116 JSW              10238441.1.LITIGATION 10/12/2005 5:02 PM