IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLA-TENCOR CORP.,

    Plaintiff,

v.

NANOMETRICS, INC.,

    Defendant.

No. C 05-3116 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution of all discovery matters.

    **IT IS SO ORDERED.**

Dated: January 3, 2006

                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

cc: Wings Hom