1 Edward V. Anderson (SBN 083148)
  evanderson@sidley.com
2 Peter H. Kang (SBN 158101)
  pkang@sidley.com
3 Teague I. Donahey (SBN 197531)
  tdonahcy@sidlcy.com
4 SIDLEY AUSTIN LLP
  555 California Street
5 San Francisco, California  94104
  Telephone:  (415) 772-1200
6 Facsimile:  (415) 772-7400

7 Attorneys for Defendant and Counterclaimant
  NANOMETRICS INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 KLA-TENCOR CORPORATION,          )  Case No. CV 05-3116 JSW
                                    )
14              Plaintiff,          )  **[PROPOSED] ORDER** ~~GRANTING~~
                                    )  DENYING
                                    )  **NANOMETRICS INC'S EX PARTE**
15         v.                       )  **MOTION TO SHORTEN TIME**
                                    )  **REGARDING MOTION TO STAY**,
16 NANOMETRICS INC.,                )  AND SETTING BRIEFING SCHEDULE
                                    )
17              Defendant.          )
                                    )
18 _____)
                                    )
19 NANOMETRICS INC.,                )
                                    )
20         Counterclaimant,         )
                                    )
21         v.                       )
                                    )
22 KLA-TENCOR CORPORATION,          )
                                    )
23         Counterclaim-Defendant.  )
                                    )
24 _____)

25

26

27

28

1        The Court has reviewed the papers submitted in connection with Nanometrics Inc.'s

2  ("Nanometrics") *Ex Parte* Motion to Shorten Time Regarding Motion to Stay, and ~~for good cause~~

3  ~~shown~~

4        IT IS HEREBY ORDERED THAT:

5       1.     Nanometrics's *Ex Parte* Motion to Shorten Time is ~~GRANTED~~ DENIED

6       2.     Plaintiff KLA-Tencor Corporation's ("KLA") Opposition to the Motion to Stay of

7  Nanometrics shall be filed and served no later than January ~~13,~~ 20 2006.

8       3.     Nanometrics's Reply, if any, to KLA's Opposition shall be filed and served no later

9  than January ~~17,~~ 27 2006.

10       4.     ~~The Court will hear oral argument on Nanometrics's Motion to Stay on January 20,~~

11  ~~2006 at 9:00 a.m.~~

12

13  DATED: ____January 6____, 2006

14

15                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28