Michael H. Kalkstein (SBN 41417)
michael.kalkstein@dechert.com
Ben Bedi (SBN 172591)
ben.bedi@dechert.com
Michael N. Edelman (SBN 180948)
michael.edelman@dechert.com
Daniel T. McCloskey (SBN 191944)
daniel.mccloskey@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA 94304-1106
Telephone: 650.813.4800
Facsimile: 650.813.4848

Attorneys for Plaintiff and Counterclaim-Defendant,
KLA-TENCOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KLA-TENCOR CORPORATION, a Delaware Corporation, | Case No. C 05-03116 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| NANOMETRICS INCORPORATED, a California Corporation, | |
| Defendant. | |
| AND RELATED CROSS ACTION | |

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT;
CASE NO. C 05-03116 JSW

10342279.1.LITIGATION 1/17/2006

1 **STIPULATION**

2 WHEREAS, Plaintiff and Counterclaim Defendant KLA-Tencor Corporation ("KLA")

3 desires to file the attached First Amended Complaint;

4 WHEREAS, Defendant and Counterclaimant Nanometrics Inc. ("Nanometrics")

5 strenuously objects to the allegations and assertions therein, and believes the First Amended

6 Complaint to be nothing more than an attempt to overwhelm a smaller competitor with 249

7 additional patent claims (although KLA has again refused to identify the asserted claims to

8 Nanometrics) that have no merit and lack evidentiary support;

9 WHEREAS, KLA believes that its allegations accurately describe what has occurred, and

10 believes that Nanometrics's denial of those allegations is groundless;

11 WHEREAS, however because the Court has set a deadline of February 1, 2006, for KLA

12 to file an amended Complaint to add new patents, and Nanometrics does not object to KLA filing

13 an amended complaint before that deadline from a purely procedural standpoint;

14 IT IS HEREBY STIPULATED, with the Court's permission, that KLA may file its First

15 Amended Complaint, a copy of which is attached hereto as Exhibit 1.

16 Dated: January 26, 2006                    DECHERT LLP

17

18                                            By: /s/ Michael N. Edelman _____
                                                  Michael N. Edelman
19                                                Attorneys for Plaintiff and Counterclaim Defendant,
                                                  KLA-Tencor Corporation

20
    Dated: January 26, 2006                    SIDLEY AUSTIN LLP
21

22                                            By: /s/ Edward V. Anderson _____
                                                  Edward V. Anderson
23                                                Attorneys for Defendant and Counterclaimant,
                                                  Nanometrics Incorporated

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT;    1
CASE NO. C 05-03116 JSW                                                     10342279.1.LITIGATION 1/17/2006

1  I attest under penalty of perjury that the concurrence in the filing of this document has
2  been obtained from counsel of record for Nanometrics Incorporated.

3  Dated: January 26, 2006         DECHERT LLP

4                                  By:/s/ Michael N. Edelman
                                       Michael N. Edelman
5                                      Attorneys for Plaintiff and Counterclaim Defendant,
                                       KLA-Tencor Corporation
6

7                                        **ORDER**

8  Based on the foregoing Stipulation of the parties set forth above, and good cause therefore
9  shown, IT IS SO ORDERED.

10 Dated: __January 30, 2006__         _____/s/ Jeffrey S. White_____
11                                     Hon. Jeffrey S. White
                                       UNITED STATES DISTRICT JUDGE

Dechert LLP
Attorneys At Law
Palo Alto

STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT;
CASE NO. C 05-03116 JSW
2
10342279.1.LITIGATION 1/17/2006