1  Michael H. Kalkstein (State Bar No. 41417)
   michael.kalkstein@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  Ben Bedi (State Bar No. 172591)
   ben.bedi@dechert.com
4  Daniel T. McCloskey (State Bar No. 191944)
   daniel.mccloskey@dechert.com
5  **DECHERT LLP**
   1117 California Avenue
6  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
7  Facsimile:      650.813.4848

8  Attorneys for Plaintiff and Counterclaim Defendant,
   KLA-TENCOR CORPORATION

9
                      UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13
   KLA-TENCOR CORPORATION, a          CASE NO.: C 05-03116 JSW
14 Delaware corporation,
                                      **FIRST AMENDED COMPLAINT FOR
15            Plaintiff,              PATENT INFRINGEMENT**

16    vs.
                                      **DEMAND FOR JURY TRIAL**
17 NANOMETRICS INC., a California
18 corporation,

19            Defendant.

20
   AND RELATED CROSS ACTION
21

22        Plaintiff and Counterclaim Defendant, KLA-Tencor Corporation ("KLA-Tencor") hereby

23 alleges against Defendant and Counterclaimant, Nanometrics Incorporated ("Nanometrics") as

24 follows:

25                              <u>**PARTIES**</u>

26        1.      KLA-Tencor is a corporation duly organized and existing under the laws of the

27 State of Delaware, with its principal place of business in San Jose, California.

28 ///

---

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CASE NO.: C-05-03116 JSW

1

1        2.     KLA-Tencor is informed and believes, and thereon alleges, that Nanometrics is a

2    corporation duly organized and existing under the laws of the State of California, with its principal

3    place of business in Milpitas, California.

4    **JURISDICTION AND VENUE**

5        3.     This is an action for patent infringement arising under the patent laws of the United

6    States (Title 35 of the United States Code).  Subject matter jurisdiction is proper in this Court

7    under 28 United States Code §§ 1331 and 1338(a).  Venue is proper in the Northern District under

8    28 United States Code §§ 1391(d) and 1400(b).  In addition, Nanometrics has actively induced and

9    contributed to acts of patent infringement by others in the State of California and in the Northern

10   District of California.

11   **INTRADISTRICT ASSIGNMENT**

12       4.     Assignment to this division is proper pursuant to Civil Local Rule 3-2, as KLA-

13   Tencor's principal place of business is located in the County of Santa Clara, Nanometrics'

14   principal place of business is located in the County of Santa Clara, and Nanometrics has sold and

15   offered for sale their infringing products in the County of Santa Clara.

16   **FIRST CAUSE OF ACTION**<br>**(PATENT INFRINGEMENT)**<br>**('580 PATENT)**

17

18

19       5.     KLA-Tencor is the owner of all rights, title, and interest in and to United States

20   Patent No. 6,483,580 ("the '580 Patent"), entitled "Spectroscopic Scatterometer System."  The

21   '580 Patent issued on November 19, 2002.  A true and correct copy of the '580 Patent is attached

22   hereto as Exhibit A and is incorporated by reference herein.

23       6.     Nanometrics has been and is still infringing the '580 Patent by manufacturing,

24   offering for sale and/or selling devices, including but not limited to the Atlas metrology system

25   and/or other metrology systems, which infringe the '580 Patent.  Nanometrics will continue to so

26   infringe unless enjoined by the Court.

27       7.     Nanometrics has actively induced infringement of, or contributed to the

28   infringement of, the '580 Patent by manufacturing infringing products and then offering for sale,

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CASE NO.: C-05-03116 JSW

10338852.1.LITIGATION

1   selling, distributing, advertising and/or marketing those infringing products to others, and will

2   continue to do so unless enjoined by this Court.  Nanometrics has also infringed the '580 Patent in

3   violation of 35 U.S.C. §§ 271(f) and (g).

4       8.      Nanometrics' infringement of the '580 Patent has been willful, deliberate, and

5   exceptional, and has caused injury to KLA-Tencor.

6       9.      Nanometrics' infringement of the '580 Patent is causing, and will continue to cause,

7   irreparable injury to KLA-Tencor until it is enjoined by this Court.

8                    **SECOND CAUSE OF ACTION**
                     **(PATENT INFRINGEMENT)**
9                         **('656 PATENT)**

10

11      10.     KLA-Tencor is the owner of all rights, title, and interest in and to United States

12  Patent No. 6,590,656 ("the '656 Patent"), entitled "Spectroscopic Scatterometer System."  The

13  '656 Patent issued on July 8, 2003.  A true and correct copy of the '656 Patent is attached hereto as

14  Exhibit B and is incorporated by reference herein.

15      11.     Nanometrics has been and is still infringing the '656 Patent by manufacturing,

16  offering for sale and/or selling devices, including but not limited to the Atlas metrology system

17  and/or other metrology systems, which infringe the '656 Patent.  Nanometrics will continue to so

18  infringe unless enjoined by the Court.

19      12.     Nanometrics has actively induced infringement of, or contributed to the

20  infringement of, the '656 Patent by manufacturing infringing products and then offering for sale,

21  selling, distributing, advertising and/or marketing those infringing products to others, and will

22  continue to do so unless enjoined by this Court.  Nanometrics has also infringed the '656 Patent in

23  violation of 35 U.S.C. §§ 271(f) and (g).

24      13.     Nanometrics' infringement of the '656 Patent has been willful, deliberate, and

25  exceptional, and has caused injury to KLA-Tencor.

26      14.     Nanometrics' infringement of the '656 Patent is causing, and will continue to cause,

27  irreparable injury to KLA-Tencor until it is enjoined by this Court.

28  / / /

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CASE NO.: C-05-03116 JSW

10338852.1.LITIGATION

**THIRD CAUSE OF ACTION**
**(PATENT INFRINGEMENT)**
**('330 PATENT)**

15.     KLA-Tencor is the owner of all rights, title, and interest in and to United States Patent No. 6,611,330 ("the '330 Patent"), entitled "System for measuring polarimetric spectrum and other properties of a sample." The '330 Patent issued on August 26, 2003. A true and correct copy of the '330 Patent is attached hereto as Exhibit C and is incorporated by reference herein.

16.     Nanometrics has been and is still infringing the '330 Patent by manufacturing, offering for sale and/or selling devices, including but not limited to the following Nanometrics products: NanoOCD/DUV 9010, NanoOCD 9010M, NanoOCD 9000, Nanometrics FLX, Nanometrics ATLAS, and NanoOCD 9200, which infringe the '330 Patent. Nanometrics will continue to so infringe unless enjoined by the Court.

17.     Nanometrics has actively induced infringement of, or contributed to the infringement of, the '330 Patent by manufacturing infringing products and then offering for sale, selling, distributing, advertising and/or marketing those infringing products to others, and will continue to do so unless enjoined by this Court.

18.     Nanometrics' infringement of the '330 Patent has been willful, deliberate, and exceptional, and has caused injury to KLA-Tencor. Nanometrics has been aware of KLA's assertion of infringement of the '330 Patent since at least October 21, 2005. Since being informed of this assertion, Nanometrics has never provided any basis to deny infringement.

19.     Nanometrics' willful infringement is further demonstrated by its refusal to cooperate in providing discovery. On December 23, 2005, this Court set a deadline of February 1, 2006 for amendment of KLA-Tencor's Complaint to include additional patents. At that time, the Court urged Nanometrics to cooperate with KLA-Tencor and provide requested discovery concerning the additional patents. Despite the Court's urgings and KLA's subsequent request for production of source code, user manuals and other technical information relating to the claim of infringement of the '330 Patent, Nanometrics has refused to provide this documentation.

/ / /

1    20.    Nanometrics' infringement of the '330 Patent is causing, and will continue to cause,

2    irreparable injury to KLA-Tencor until it is enjoined by this Court.

3                                    **PRAYER**

4        WHEREFORE, KLA-Tencor prays for judgment against Nanometrics, and requests that

5    this Court:

6        A.    Adjudge the '580, '656 and '330 Patents to be infringed by Nanometrics;

7        B.    Preliminarily and permanently enjoin Nanometrics, and those in active concert or

8    participation with it, from continued infringement of the '580, '656 and '330 Patents;

9        C.    Order Nanometrics to account to KLA-Tencor for damages sustained by KLA-

10   Tencor as a result of the infringement of the '580, '656 and '330 Patents, with interest;

11       D.    Award KLA-Tencor enhanced damages resulting from Nanometrics' willful and

12   deliberate infringement;

13       E.    Award KLA-Tencor its costs, expenses and reasonable attorneys' fees incurred in

14   bringing and prosecuting this action; and

15       F.    Award KLA-Tencor such other and further relief that the Court may deem just and

16   proper.

17   Dated: January 30, 2006                    DECHERT LLP

18                                   By: __/s/ Michael N. Edelman_____
                                          Michael H. Kalkstein
19                                        Michael N. Edelman
                                          Attorneys for Plaintiff and Counterclaim
20                                        Defendant
                                          KLA-TENCOR CORPORATION
21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CASE NO.: C-05-03116 JSW

5

10338852.1.LITIGATION

1

## **DEMAND FOR JURY TRIAL**

2
    KLA-Tencor hereby demands trial by jury of all issues.

3
Dated: January 30, 2006               DECHERT LLP

4
                    By:   /s/ Michael N. Edelman

5
                    Michael H. Kalkstein
                    Michael N. Edelman

6
                    Attorneys for Plaintiff and Counterclaim
                    Defendant
                    KLA-TENCOR CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CASE NO.: C-05-03116 JSW

6

1

<u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

2

       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3

named parties, there is no such interest to report.

4

Dated: January 30, 2006                  DECHERT LLP

5

                           By:   /s/ Michael N. Edelman

6

                             Michael H. Kalkstein
                             Michael N. Edelman

7

                             Attorneys for Plaintiff and Counterclaim
                             Defendant

8

                             KLA-TENCOR CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CASE NO.: C-05-03116 JSW

10338852.1.LITIGATION