Edward V. Anderson (SBN 083148)
evanderson@sidley.com
Peter H. Kang (SBN 158101)
pkang@sidley.com
Teague I. Donahey (SBN 197531)
tdonahey@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendant and Counterclaimant
NANOMETRICS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANOMETRICS INC.,<br><br>　　　　　Defendant.<br>_____<br><br>NANOMETRICS INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>KLA-TENCOR CORPORATION,<br><br>　　　　　Counterclaim-Defendant.<br>_____ | No. C 05-3116 JSW<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO KLA-TENCOR CORPORATION'S FIRST AMENDED COMPLAINT** |

1    The court has considered Nanometrics Inc.'s Miscellaneous Adminisitrative Request To
2 Extend Time To Respond To KLA-Tencor Corporation's First Amended Complaint and supporting
3 papers, and for good cause shown
4    IT IS HEREBY ORDERED THAT:
5    1. Nanometrics's Adminsitrative Request is GRANTED.
6    2. Nanometrics shall have a ~~forty-five day~~ brief extension to respond to KLA-Tencor Corporation's
7 First Amended Complaint. Nanometrics's response shall be filed and served by ~~April 3, 2007.~~ February 23, 2006.

10   Dated: February 14, 2006          _____
11                                     Jeffrey S. White
                                       UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT – No. C 05-3116 JSW