UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLA-TENCOR CORPORATION, | No. C-05-3116 JSW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST REQUIRING DEFENDANT TO MEET AND CONFER ON PLAINTIFF'S DOCUMENT REQUESTS [Docket No. 74]** |
| NANOMETRICS INC., | |
| Defendant(s). | |

On March 13, 2006, Plaintiff filed a letter brief requesting the Court's assistance in requiring Defendant to meet and confer on Plaintiff's document requests (the "Request"). On March 14, 2006, Defendant's filed a response.

IT IS HEREBY ORDERED that the Request is DENIED on the basis that Judge White has issued an Order Staying All Proceedings Pending Reexamination of the Patents-in-Suit.

IT IS SO ORDERED.

Dated: March 17, 2006

JOSEPH C. SPERO
United States Magistrate Judge