Chris Scott Graham (SBN 114498)
chris.graham@dechert.com
Justin Boyce (SBN 181488)
justin.boyce@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813.4800
Facsimile: (650) 813-4848

Attorneys for Plaintiff and Counterclaim Defendant
KLA-TENCOR CORPORATION

Justin T. Beck (SBN 53138)
jbeck@beckross.com
Ron C. Finley (SBN 200549)
rfinley@beckross.com
Alfredo A. Bismonte (SBN 136154)
abismonte@beckross.com
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 938-7900
Facsimile: (408) 938-0790

Attorneys for Defendant and Counterclaimant
NANOMETRICS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>NANOMETRICS INCORPORATED, a California corporation,<br><br>              Defendant. | CASE NO.: C 05-03116 JSW<br><br>**STIPULATED ORDER OF DISMISSAL** |

19

Plaintiff and Counterclaim Defendant, KLA-Tencor Corporation ("KLA-Tencor"), and Defendant and Counterclaimant, Nanometrics Incorporated ("Nanometrics"), by their undersigned counsel, hereby stipulate to the entry of this Order dismissing this case, without prejudice, based on the Parties having reached a settlement and resolution of their claims, counterclaims and defenses. The Parties further stipulate and agree that each Party shall bear its own fees, costs and expenses of this case.

STIPULATED AND AGREED TO:

Dated: January __, 2012	Respectfully Submitted,

DECHERT LLP

/s/ Chris Scott Graham
Chris Scott Graham (SBN 114498)
chris.graham@dechert.com
Justin Boyce (SBN 181488)
justin.boyce@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813.4800
Facsimile: (650) 813-4848

Attorney for Plaintiff
KLA-TENCOR CORPORATION

Dated: January __, 2012	Respectfully Submitted,

BECK, ROSS, BISMONTE & FINLEY, LLP

/s/ Ron C. Finley[1]
Justin T. Beck (SBN 53138)
jbeck@beckross.com
Ron C. Finley (SBN 200549)

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Ron C. Finley.

rfinley@beckross.com
Alfredo A. Bismonte (SBN 136154)
abismonte@beckross.com
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 938-7900
Facsimile: (408) 938-0790

Attorney for Defendant and Counterclaimant
NANOMETRICS INCORPORATED

SO ORDERED:

Dated: January 30, 2012

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

21